Helen SWINGLE,

v.

William J. HENDERSON,
Postmaster General.

No. 01–2276.

United States Court of Appeals,
Third Circuit.

Submitted April 11, 2002.

Filed April 23, 2002.

Before McKEE, FUENTES and
POGUE Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

Helen Swingle appeals the district
court's grant of summary judgment to her
employer, the United States Postal Ser-
vice, and against her, on the suit she
brought under Title VII of the Civil Rights
Act of 1964. We have reviewed the
thoughtful Memorandum Opinion that the
district court filed on May 7, 2001. We
will affirm substantially for the reasons set
forth therein.